IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES L. ORRINGTON, II, D.D.S., P.C., ) <br> on behalf of plaintiff and ) <br> the class members defined herein, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRASSELER U.S.A, DENTAL, LLC and ) <br> J. MORITA, U.S.A., INC., and ENDODONTIC ) <br> EDUCATION SEMINARS, LLC ) <br> d/b/a REAL WORLD ENDO, ) <br> and JOHN DOES 1-10, ) <br> ) <br> Defendants. ) | 17-CV-956 <br><br> Honorable Elaine E. Bucklo |

## STIPULATION OF DISMISSAL

Plaintiff James L. Orrington, II, DDS, PC ("Orrington") and Defendants Brasseler U.S.A. Dental, LLC ("Brasseler"), J. Morita, U.S.A., Inc., and Endodontic Education Seminars, LLC, doing business as Real World Endo ("EES"), by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismissal of this action without prejudice, and with each party to bear their own fees and costs.

s/Dulijaza Clark
Signature

Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS,
LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200

Dated: August 14, 2018

s/Michael B. Galibois
Signature

Michael B. Galibois
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
(312) 207-1000
Email: mgalibois@reedsmith.com

Counsel for Defendants
Dated: August 14, 2018

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on 8/14/2018, she caused the foregoing document to be electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system, which shall cause service via electronic mail upon all counsel of record.

                                                      s/Dulijaza Clark
                                                      Dulijaza Clark

Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)